```
Jon G. Daryanani, Bar No. 205149
JDaryanani@perkinscoie.com
Javier F. Garcia, Bar No. 296846
JGarcia@perkinscoie.com
Jill L. Ripke, Bar No. 309501
Jripke@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399
```

Attorneys for Defendants,
CALIFIA FARMS, LLC and EMILY DICKERSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TINAJERO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CALIFIA FARMS, LLC, a Limited Liability Company; EMILY DICKERSON, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 1:21-at-915 <br><br> **DEFENDANT CALIFIA FARMS, LLC'S NOTICE OF REMOVAL** <br><br> [Complaint filed August 18, 2021 and removed from the Superior Court of California, County of Kern, Case No. BCV-21-101905] |

Defendants CALIFIA FARMS, LLC and EMILY DICKERSON ("Defendants") hereby remove this action from the Superior Court of the State of California for the County of Kern to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446.  This removal is based on federal question jurisdiction and supplemental jurisdiction as explained below.  Pursuant to Eastern District Local Rule 204, Defendants allege

-1-

that the basis of this Court's jurisdiction is federal question jurisdiction over the Family and Medical Leave Act claim asserted by Plaintiff. The Court has supplemental jurisdiction over the other claims for relief in Plaintiff's complaint.

## I.  SUMMARY OF ACTION

1.  On August 18, 2021, Plaintiff STEVEN TINAJERO ("Plaintiff") filed Case No. BCV-21-101905 in the Superior Court of the State of California for the County of Kern (the "State Court Action"). Plaintiff served Defendant Califia Farms, LLC on August 25, 2021. Defendant Emily Dickerson was served on September 17, 2021. A true and correct copy of the Complaint is attached as Exhibit A to the Declaration of Jon Daryanani ("Daryanani Decl.").

2.  Other filings in the State Court Action include the following:

- A civil Case Cover Sheet filed by Plaintiff on August 18, 2021 (Daryanani Decl. Exhibit A).

- A summons (Daryanani Decl. Exhibit A).

- 8/20/21 Order to Show Cause setting a OSC for December 2, 2021 and setting a CMC for February 15, 2022 (Daryanani Decl. Exhibit B).

- 8/26/21 Proof of Service (Daryanani Decl. Exhibit C).

- 8/27/21 Electronic Rejection Notice (Daryanani Decl. Exhibit D).

- 9/10/21 Electronic Rejection Notice (Daryanani Decl. Exhibit E).

- Defendants' Answer (Daryanani Decl. Exhibit F).

- A copy of the docket as of September 21, 2021 is attached as Exhibit G to the Daryanani Declaration. These exhibits constitute all the papers known by Defendants to be filed with or issued by the Kern County Superior Court at the time of this removal. Defendants are informed and believe that these exhibits constitute the operative pleadings in the state court case file in this matter.

## II. TIMELINESS OF REMOVAL

3. This Notice of Removal is timely because it is filed within 30 days of service of the summons and Complaint as required by 28 U.S.C. 1446(b). Plaintiff served Defendant CALIFIA FARMS on August 25, 2021. Defendant EMILY DICKERSON was served on September 17, 2021.

## III. FEDERAL JURISDICTION

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it alleges claims under the Family Medical Leave Act, 29 U.S.C. §§ 2601 et seq. and 29 C.F.R. § 825 et seq. [Declaration of Jon Daryanani, Exhibit A (Plaintiff's Complaint) at ¶¶ 123-135] Claims under the Family Medical Leave Act (FMLA) arise under the laws of the United States. *See Franco v. Central Transport, LLC*, 2020 WL 996791, *2 (C.D. Cal. March 2, 2020) ("[b]ecause the Complaint alleges a violation of FMLA, the Court has federal question subject-matter jurisdiction.

Removal, therefore, was proper."); *Tam v. Qualcomm, Inc.*, 300 F. Supp. 3d 1130, 1139 (S.D. Cal. 2018) (holding that a complaint alleging a single cause of action for violation of the FMLA, despite including five other state law claims, was sufficient to establish federal question jurisdiction for the purposes of removal).

## IV.   SUPPLEMENTAL JURISDICTION

5.   Plaintiff's state law claims of discrimination, harassment, retaliation, failure to accommodate, failure to engage in the interactive process, failure to prevent discrimination/harassment/retaliation, wrongful termination in violation of public policy, denial of leave, failure to pay meal/rest breaks, non-compliant wage statements, waiting time penalties, unfair competition, and unlawful deductions from wages are so related to the claims over which this Court has original jurisdiction that the state law claims form part of the same case or controversy. Accordingly, this Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367. Plaintiff's other state law claims "derive from a common nucleus of operative fact and are such that a plaintiff would ordinarily be expected to try them in one judicial proceeding." *Kuba v. 1-A Agric. Ass'n*, 387 F. 3d 850, 855 (9th Cir. 2004) (citation omitted).

## V.   ALL DEFENDANTS JOIN IN THIS REMOVAL

6.   Both named Defendants, Califia Farms, LLC and Emily Dickerson join in this removal. The Doe Defendants are to be disregarded for removal purposes and thus, joinder by the Doe Defendants is neither possible nor required.

## VI. VENUE

7. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. §§ 1441(a), 1446(a), and 84(b) because this action was originally brought in the Superior Court of the State of California for the County of Kern. Venue is also proper because a substantial part of the alleged events giving rise to the claims in this lawsuit occurred in the County of Kern, and this is an action arising in Kern County. *See* L.R. 120(d).

## VI. NOTICE TO PLAINTIFF

8. Pursuant to 28 U.S.C. § 1446(d), upon filing of this Notice of Removal, written notice of such filing will be served on Plaintiff's counsel of record: Nicol Hajjar and Edzyl Magante of the Wilshire Law Firm, 3055 Wilshire Blvd., 12th Floor, Los Angeles, CA 90010. In addition, a copy of this Notice of Removal will be filed with the Clerk for the Kern County Superior Court.

For the reasons stated above, Defendants hereby remove the State Court Action to the United States District Court for the Eastern District of California.

DATED: September 22, 2021         **PERKINS COIE LLP**

By: */s/ Javier F. Garcia*
Jon G. Daryanani, Bar No. 205149
Javier F. Garcia, Bar No. 296846
Jill L. Ripke, Bar No. 309501

Attorneys for Defendants,
CALIFIA FARMS, LLC and EMILY DICKERSON

-5-

# PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On September 22, 2021, I deposited with Federal Express, a true and correct copy of the within documents:

**DEFENDANT CALIFIA FARMS, LLC'S NOTICE OF REMOVAL**

in a sealed envelope, addressed as follows:

| | |
|---|---|
| Nicol E. Hajjar, Esq. (SBN 303102) | Tel: (213) 381-9988 |
| Edzyl Magante, Esq. (SBN 322262) | Fax: (213) 381-9989 |
| WILSHIRE LAW FIRM | Email: |
| 3055 Wilshire Blvd., 12th Floor | nicol@wilshirelawfirm.com; |
| Los Angeles, California 90010 | edzyl@wilshirelawfirm.com |
| | Attorneys for Plaintiff, |
| | STEVEN TINAJERO |

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 22, 2021, at Los Angeles, California.

_____
Jose E. Gamez