Bobby Saadian, Esq. (State Bar No. 250377)
Nicol E. Hajjar, Esq. (State Bar No. 303102)
Edzyl Magante, Esq. (State Bar No. 322262)
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988

Attorneys for Plaintiff,
STEVEN TINAJERO

Jon G. Daryanani, Bar No. 205149
JDaryanani@perkinscoie.com
Javier F. Garcia, Bar No. 296846
JGarcia@perkinscoie.com
Jill L. Ripke, Bar No. 309501
Jripke@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants,
CALIFIA FARMS, LLC and EMILY DICKERSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN TINAJERO, an individual, | CASE NO.: 1:21-CV-1408 AWI JLT |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S FMLA CLAIM AND REMANDING ACTION |
| vs. | |
| CALIFIA FARMS, LLC, a Limited Liability Company; EMILY DICKERSON, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff STEVEN TINAJERO ("Plaintiff"), by and through his counsel of record, Wilshire Law Firm, and Defendants CALIFIA FARMS, LLC ("Califia") and EMILY DICKERSON ("Dickerson") (collectively, "Defendants"), by and though their counsel of record, Perkins Coie, hereby stipulate as follows:

1. On August 18, 2021, Plaintiff filed his Complaint for damages in the Superior Court for the State of California, County of Kern alleging: (1) Employment Discrimination Based on Disability – Violation of Fair Employment and Housing Act ("FEHA"); (2) Failure to Accommodate Disability; (3) Failure to Engage in a Timely, Good-Faith, Interactive Process; (4) Retaliation in Violation of FEHA; (5) Work Environment Harassment; (6) Failure to Prevent Discrimination, Harassment, and Retaliation in Violation of FEHA; (7) Wrongful Termination in Violation of Public Policy; (8) Retaliation and/or Unlawful Denial of Leave in Violation of CFRA; (9) Retaliation and/or Unlawful Denial of Leave in Violation of FMLA; (10) Failure to Pay Meal and Rest Period Compensation; (11) Non-Compliant Wage Statements; (12) Failure to Pay Wages in a Timely Manner (Waiting Time Penalties); (13) Unfair Competition; and (14) Unlawful Deductions from Wages.

2. On September 22, 2021, Defendants removed this action from the Superior Court of the State of California, County of Kern, to the United States District Court, Eastern District of California pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446.

3. Plaintiff agreed to dismiss with prejudice his Ninth (9th) Cause of Action for Retaliation and/or Unlawful Denial of Leave in Violation of Family and Medical Leave Act, Code of Federal Regulations §825 Et Seq., in order for this Action to thereafter be remanded to State court.

///

///

STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S FMLA CLAIM AND REMANDING ACTION

015428.00056
33258270.1

4.      Based on Plaintiff's agreement to dismiss with prejudice his Ninth Cause of Action for Retaliation and/or Unlawful Denial of Leave in Violation of Family and Medical Leave Act, Code of Federal Regulations §825 Et Seq., Defendants agreed to stipulate to remand of this action.

5.      Plaintiff and Defendants, therefore, agree and stipulate as follows: (a) Plaintiff's Ninth (9th) Cause of Action for Retaliation and/or Unlawful Denial of Leave in Violation of Family and Medical Leave Act, Code of Federal Regulations §825 Et Seq., shall be dismissed with prejudice; and (b) The entire Action should thereafter be remanded back to the Superior Court of the State of California, County of Kern, where it was originally filed.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 19, 2021                    PERKINS COIE LLP

By: /s/Javier F. Garcia
Jon G. Daryanani
Javier F. Garcia
Jill L. Ripke
Attorneys for Defendants,
CALIFIA FARMS, LLC and EMILY DICKERSON

DATED October 19, 2021                    WILSHIRE LAW FIRM

By: /s/Edzyl Magante
Edzyl Magante, Esq.
Nicol Hajjar, Esq.
Attorneys for Plaintiff,
STEVEN TINAJERO

STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S FMLA CLAIM AND REMANDING ACTION

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause therefor appearing:

**IT IS HEREBY ORDERED** that Plaintiff STEVEN TINAJERO's Ninth (9th) Cause of Action for Retaliation and/or Unlawful Denial of Leave in Violation of Family and Medical Leave Act, Code of Federal Regulations §825 Et Seq., is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the entire Action is remanded back to the Superior Court of the State of California, County of Kern.

IT IS SO ORDERED.

Dated:  November 11, 2021                    _____
                                                                      SENIOR DISTRICT JUDGE